**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**NOTICE OF TRUSTEE'S INTENT TO CONDUCT MEETING OF
CREDITORS BY TELEPHONE**

William B. Logan, Jr., chapter 7 trustee, provides the following notice regarding the

§ 341 Meeting of Creditors in this case:

On March 16, 2020, the United States Trustee for Regions 3 & 9 issued a notice continuing all in-person chapter 7, 12, and 13 section 341 meetings scheduled through April 10, 2020, with the exception that section 341 meetings could proceed through telephonic or other alternative means not requiring any personal appearances.  The March 16, 2020 notice by the United States Trustee amended such that the continuance of in-person section 341 meetings is extended beyond April 10, 2020 until further notice.

Given the foregoing, this notice addresses the protocol for telephonic appearances for **chapter 7** section 341 meetings only.

All debtor attorneys and debtors are encouraged to participate in section 341 meetings by telephone, or by such remote means as the trustee has established and noticed. Attorneys and debtors may call in from separate locations. Creditors and creditor attorneys may appear remotely and should use the information provided below or on the docket to participate.  Times of meetings may be different than on the initial notices, so please check the court's docket in PACER.

All parties are encouraged to contact the case trustee, check the case docket, and the UST website for up-to-date information about section 341 meetings of creditors.

Unless otherwise instructed, to participate in a telephonic section 341 meeting, you should use the Call-In Number and Passcode assigned to your trustee, which will be posted to the case docket prior to the section 341 meeting date.   The call-in information for Mr. Logan is 1-866-713-0220, and the participant code is 9746726#.

Unless otherwise directed by your trustee, please call-in five minutes before your assigned meeting time and mute your telephone until your case is called.

Please follow the instructions below to ensure a smooth telephonic section 341 meeting of creditors.

- You must use a touch-tone phone.
- If you have a choice, use a landline phone, instead of a cell phone.
- Dial the call-in number and then enter the passcode, which consists of 7 numbers and is followed by a # sign.
- Make the call from a quiet area where there is as little background noise as possible.
- **Mute your phone and do not speak until the bankruptcy trustee calls your case.**

**(Other meetings of creditors will likely be in session when you call in. You will still be able to hear the trustee even when your phone is muted.)**

- **Unmute your phone when the trustee calls your case so that the trustee can hear you.**
- **Wait until the trustee calls your case before speaking because more than one case may be waiting on the conference line at any given time**.
- When speaking, identify yourself.
- Do not put the phone on hold at any time after the call is connected.
- Once your meeting of creditors is finished, hang up.
- If you become disconnected before your meeting of creditors is finished, call back.
- If you are calling in from another country, please see the additional information available at:
  https://www.mymeetings.com/audioconferencing/pdf/GlobalAccessDialingInformation.pdf

Debtor's counsel must verify on the record that they have confirmed their client's identity prior to the section 341 meeting of creditors, either via Facetime or Skype or other means.

Required documents for the section 341 meeting of creditors should be provided to the trustee **a week prior to the section 341 meeting of creditors**.  These documents should include information sufficient for the trustee to verify the debtor's SSN.  Debtors shall have these documents available during the section 341 meeting of creditors in the event there are questions about the information in the documents.

The section 341 meeting of creditors will be recorded by the trustee. Any other recordings are prohibited.

Respectfully submitted,

/s/  William B. Logan, Jr.
William B. Logan, Jr.   (0019290)
Luper Neidenthal & Logan
1160 Dublin Road, Suite 400
Columbus, Ohio 43215
T: (614) 221-7663     F: (866) 345-4948
wlogan@LNLattorneys.com
*Chapter 7 Trustee*

| Trustee | Call-In Number | Passcode |
|---|---|---|
|  |  |  |
| William B. Logan | 1-866-713-0220 | 9746726 |
|  |  |  |
|  |  |  |
|  |  |  |